USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH PAGE,<br><br>PLAINTIFF,<br><br>v.<br><br>ELLENOFF GROSSMAN & SCHOLE LLP,<br><br>DEFENDANT. | Civil Action No.: 1:22-cv-04453-VEC-JLC<br><br>~~PROPOSED~~ **ORDER** |

The motion of Kathleen H. Shannon, for admission to practice Pro Hac Vice in the above captioned action is granted.

Kathleen H. Shannon has declared that she is a member in good standing of the bar of the state of New York and the District of Columbia and that her contact information is as follows:

Kathleen H. Shannon, Esq.
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel.: 212.259.8708
Email: Kathleen.shannon@akerman.com

Kathleen H. Shannon, having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Ellenoff Grossman & Schole LLP, in the above entitled action;

**IT IS HEREBY ORDERED** that Kathleen H. Shannon is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 6, 2022

_____
United States District Judge